NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FOCUS PRODUCTS GROUP INTERNATIONAL, LLC, ZAHNER DESIGN GROUP, LTD., HOOKLESS SYSTEMS OF NORTH AMERICA, INC., SURE FIT HOME PRODUCTS, LLC, SURE FIT HOME DECOR HOLDINGS CORP., SF HOME DECOR, LLC,**
*Plaintiffs-Appellees*

v.

**KARTRI SALES CO., INC., MARQUIS MILLS, INTERNATIONAL, INC.,**
*Defendants-Appellants*

---

2023-1446, 2023-1450, 2023-2148, 2023-2149

---

Appeals from the United States District Court for the Southern District of New York in No. 1:15-cv-10154-PAE, Judge Paul A. Engelmayer.

---

**ON MOTION**

---

**O R D E R**

Kartri Sales Co., Inc. and Marquis Mills, International, Inc. submit separate opening briefs, which both incorporate by reference aspects of the other's brief, *see* ECF No.

25 at 30 (incorporating pages 15, 16, 32–56 of ECF No. 26), ECF No. 26 at 26 (incorporating pages 16–25 of ECF No. 25), 43 (incorporating aspects of pages 28–29 of ECF No. 25).  Arguing that it is inequitable to have half the words to address the same issues, appellees move for leave to file an enlarged response brief up to 28,000 words.  Kartri and Marquis Mills oppose the motion.

This court has made clear that "incorporation cannot be used to exceed word count" and that "[t]he incorporated material counts against the litigants' word count in exactly the same manner as if it had been expressly included in the brief." *Microsoft Corp. v. DataTern, Inc.*, 755 F.3d 899, 910 (Fed. Cir. 2014).  When the incorporated sections here are added to the word counts, both opening briefs exceed the court's 14,000 word limit. *See* Fed. Cir. R. 32(b)(1).  Accordingly, the court strikes the opening briefs and denies appellees' motion for an enlarged brief without prejudice.

Accordingly,

IT IS ORDERED THAT:

(1) ECF Nos. 25 and 26 are stricken.  Kartri and Marquis Mills are directed to file corrected opening briefs, each not to exceed 14,000 words including incorporated material, no later than 30 days from the date of entry of this order.

(2) Appellees' motion is denied. Within 40 days of service of the last-filed corrected opening brief, appellees are

directed to file a single response brief, not to exceed 14,000 words.

FOR THE COURT

December 8, 2023
Date

Jarrett B. Perlow
Clerk of Court